**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHERINE ANNE CAMPBELL, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>SOMA FINANCIAL, INC., et al.,<br><br>        Defendants. | 1:08-cv-0170 OWW GSA<br><br>ORDER AFTER SCHEDULING CONFERENCE<br><br>Further Scheduling Conference Date: 7/11/08<br>8:15 Ctrm. 3 |

**I.   Date of Scheduling Conference.**

    **May 7, 2008.**

**II.  Appearances Of Counsel.**

    Kabateck Brown Kellner LLP by Joshua H. Haffner, Esq., appeared on behalf of Plaintiff.

    No appearance was made on behalf of Defendants.

**III. Summary of Pleadings.**

    1.   This is a class action arising out of a refinance transaction on or about July 21, 2005, involving Plaintiff and Defendant Soma Financial, Inc.  Plaintiff alleges that Defendant engaged in unlawful conduct under the Truth in Lending Act ("TILA") in connection with the adjustable rate mortgage ("ARM")

Defendant issued to Plaintiff.  Among other things, Defendant failed to adequately disclose the interest rate, the payment amounts, how payments would be applied, and information relating to negative amortization.  Plaintiff alleges causes of action for: (1) violation of TILA (first cause of action); (2) fraudulent omission (second cause of action); (3) violation of California's Unfair Competition Law (third cause of action); (4) breach of contract (fourth cause of action); and (5) breach of the implied covenant of good faith and fair dealing (fifth cause of action).

IV.   Status of Service of Defendant.

   1.   Defendant has not been served with the complaint and summons.  As of February 2008, Plaintiff had located an address for Defendant from the Nevada Secretary of State.  However, subsequent efforts to serve Defendant at that address were unsuccessful, and Plaintiff's process server has been advised it is not a good address for Defendant.  ("Attached as Exhibits "1" and "2" are emails from Plaintiff's process server regarding efforts to locate and serve Defendant.)  Plaintiff is in the process of investigating a valid address for Defendant, and will attempt to effectuate service forthwith.

V.   Future Scheduling Conference.

   1.   The Plaintiff will amend the Complaint on or before May 16, 2008.  Plaintiff shall effectuate service on Defendants on or before May 30, 2008.

*///*
*///*
*///*

     **2.   A further scheduling conference shall be held on July 11, 2008, at 8:15 a.m.   The parties are authorized to appear telephonically.**

IT IS SO ORDERED.

**Dated:   May 7, 2008**              /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

3