1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATERINE ANNE CAMPBELL, On Behalf of Herself and All Others Similarly Situated,<br><br>                Plaintiff,<br>v.<br>SOMA FINANCIAL, INC., a Nevada Corporation; and DOES 1 through 10 inclusive,<br><br>                Defendants. | **CASE NO. 1:08-CV-00170-OWW-GSA**<br><br>**Hon. Oliver W. Wanger**<br><br>**ORDER TO SERVE THE NEVADA SECRETARY OF STATE** |

    The Court having considered both the ex parte application of plaintiff for an order pursuant to Fed. R. Civ. Proc. 4, Section 1702 of the California Corporations Code, Nevada Revised Statutes § 14.030 and the declaration in support thereof;

    The Court finds that process cannot be served on the corporation named below with reasonable diligence.

/ / /

/ / /

/ / /

- 1 -

[PROPOSED] ORDER TO SERVE THE NEVADA SECRETARY OF STATE

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS ORDERED that service of process on Soma Financial, Inc., a Nevada corporation, be made by service on the Nevada Secretary of State, or assistant or deputy thereof, pursuant to Fed. R. Civ. Proc. 4, Section 1702 of the California Corporations Code and Section 14.030 of the Nevada Revised Statutes.

IT IS SO ORDERED.

July 11, 2008

By: /s/ OLIVER W. WANGER
The Honorable Oliver W. Wanger
United States District Court Judge

[PROPOSED] ORDER TO SERVE THE NEVADA SECRETARY OF STATE

PDF created with pdfFactory trial version www.pdffactory.com