UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE ANNE CAMPBELL, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOMA FINANCIAL, INC., et al.,<br><br>　　　　Defendants. | 1:08-cv-0170 OWW GSA<br><br>SUPPLEMENTAL SCHEDULING CONFERENCE ORDER<br><br>Further Scheduling Conference Date: 9/5/08 8:15 Ctrm. 3 |

I.   Date of Scheduling Conference.

　　July 11, 2008.

II.  Appearances Of Counsel.

　　Kabateck Brown Kellner LLP by Joshua H. Haffner, Esq., appeared on behalf of Plaintiff.

　　No Defendant has appeared.

III. Status of Service.

　　1.   Plaintiff's counsel advises that Defendant apparently is out of business. Request for service by publication has been submitted to the Court. Accordingly, this Scheduling Conference is continued 45 days to September 5, 2008, at 8:15 a.m. Telephonic appearances are permitted.

1

2. Plaintiff shall effectuate service of Defendant and shall endeavor to obtain a responsive pleading or a request for entry of default in the event that Defendant does not respond.

IT IS SO ORDERED.

Dated:   July 15, 2008             /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE