**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHERINE ANNE CAMPBELL, On Behalf of Herself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>SOMA FINANCIAL, INC.,<br><br>        Defendant. | 1:08-cv-0170 OWW GSA<br><br>SUPPLEMENTAL SCHEDULING CONFERENCE ORDER<br><br>Further Scheduling Conference: 12/5/08 8:15 Ctrm. 3 |

**I.   Date of Scheduling Conference.**

    September 5, 2008.

**II.  Appearances Of Counsel.**

    Kabateck Brown Kellner LLP by Joshua H. Haffner, Esq., appeared on behalf of Plaintiff.

**III. Status of Case.**

    1.   Counsel for Plaintiff reports that Soma Financial, Inc., has been served by publication through the Nevada Secretary of State.

    2.   No response has been received from Soma Financial, Inc. The deadline for their response to the complaint is September 8, 2008.  Plaintiff anticipates requesting the entry of default

1

against Soma Financial, Inc., and then taking discovery related to class certification and merits issues.

    3.   The next Scheduling Conference in this case will be held December 5, 2008, at 8:15 a.m.  The parties are authorized to appear telephonically.

IT IS SO ORDERED.

Dated:   September 5, 2008                  /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE