# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CATHERINE ANNE CAMPBELL, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>SOMA FINANCIAL, INC., and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 1:08-CV-00170-OWW-GSA<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER**<br><br>Judge:   Hon. Gary S. Austin |

[Proposed] Order

Having read and considered Plaintiff's Motion for Leave to Take Class Discovery, the subsequent hearing and good cause appearing it is hereby ORDERED that plaintiff is granted leave to conduct discovery.

DATED: _____

_____
The Hon. Gary S. Austin
U.S. District Court Magistrate Judge