IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE ANNE CAMPBELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> SOMA FINANCIAL, INC., a Nevada ) <br> Corporation, and DOES 1 through 10, ) <br> inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | 1:08-cv-00170 OWW GSA <br><br> ORDER REGARDING MOTION <br> FOR LEAVE TO TAKE CLASS <br> DISCOVERY <br> (Document 33) |

Plaintiff Catherine Anne Campbell, on behalf of herself and all others similarly situated, ("Plaintiff"), filed the instant motion for leave to take class discovery on November 7, 2008. No opposition was filed. The Court considered the matter on the record and without oral argument.

**PROCEDURAL BACKGROUND**

Plaintiff filed a class action complaint against Soma Financial, Inc. ("Soma") on January 30, 2008, alleging causes of action for (1) violations of the Truth in Lending Act, 15 U.S.C. § 1601, *et seq*.; (2) Fraudulent Omissions; (3) Violation of California Business and Professions for "Unfair" and "Fraudulent" Business Practices; (4) Breach of Contract; and (5) Breach of the Implied Covenant of Good Faith and Fair Dealing. On

-1-

May 15, 2008, Plaintiff filed a first amended complaint to add additional causes of action.

Soma did not respond to either complaint. On October 24, 2008, the Clerk of the Court entered default as to Soma.

On November 7, 2008, Plaintiff filed the instant motion to conduct class discovery. No opposition was filed.

## FACTUAL BACKGROUND

Plaintiff's allegations are based on Soma's failure to clearly and conspicuously disclose material information regarding Adjustable Rate Mortgages ("ARMs") to lure Plaintiff and Class Members into purchasing loans that would result in negative amortization, loss of equity and, in some cases, foreclosure.

Plaintiff seeks to certify the following classes:

> **The California Class**: All individuals who, within the four year period preceding the filing of Plaintiff's Complaint through the date notice is mailed to the Class, received an Option ARM loan through Defendants on their primary residence located in the State of California. Excluded from the California Class are Defendants' employees, officers, directors, agents, representatives and their family members.

> **The National Class**: All individuals in the United States of America who, within the four year period preceding the filing of Plaintiff's Complaint through the date notice is mailed to the Class, received an Option ARM loan through Defendants on their primary residence located in the United States of America. Excluded from the National Class are Defendants' employees, officers, directors, agents, representatives and their family members.

Plaintiff also seeks to certify the following sub-class:

> All individuals in the United States of America who, within the three year period preceding the filing of Plaintiff's Complaint through the date notice is mailed to the Class, received an Option ARM loan through Defendants on their primary residence located in the United States of America. Excluded from the National Sub-Class are Defendants' employees, officers, directors, agents, representatives and their family members.

## DISCUSSION

Plaintiff moves pursuant to Rule 26 for an order permitting her to take discovery of "current or former officers, executives and employees of Defendant Soma Financial, Inc., or other persons or entities, who may have information concerning the ARM loans sold by Defendant during the putative class period and/or class certification issues."

Plaintiff seeks discovery for two purposes. The first is related to determining


Case 1:08-cv-00170-OWW-GSA   Document 38   Filed 12/16/08   Page 3 of 3

1  whether there are other parties that should be joined in the instant action. Plaintiff
2  believes that Soma has sold or assigned many of the involved loans to other entities who
3  may be liable. 15 U.S.C. § 1641 provides that any person who purchases, or is assigned,
4  a mortgage is subject to all claims and defenses with respect to the mortgage. Plaintiff
5  therefore seeks discovery related to the identity of each such subsequent purchaser or
6  assignee of the ARM loans Defendant sold during the putative class period.
7      Second, Plaintiff seeks discovery related to class certification issues, pointing out
8  that a motion for class certification will be necessary before default judgment can be
9  entered on behalf of the class. Plaintiff believes that Soma's current or former corporate
10 officers, executives and employees have, or are likely to have, information concerning (1)
11 the number of Option ARM loans sold to borrowers during the liability period; (2) the
12 location of loan documents and other relevant information concerning Soma's loan
13 practices during the liability period; and (3) certification issues.
14     In light of the fact that there has been no opposition to the instant motion, and
15 because discovery may lead to joinder of additional defendants, the Court GRANTS
16 Plaintiff's motion. Plaintiff is further ORDERED to file a status report no later than
17 April 1, 2009.
18   IT IS SO ORDERED.
19 **Dated:   December 12, 2008**              /s/ **Gary S. Austin**
20                                          UNITED STATES MAGISTRATE JUDGE

-3-