UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE ANNE CAMPBELL, On Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SOMA FINANCIAL, INC., a Nevada Corporation<br><br>　　　　　Defendant. | 1:08-cv-0170 OWW<br><br>ORDER AFTER SCHEDULING CONFERENCE<br><br>Further Scheduling Conference Date: 7/6/09<br>8:15 Ctrm. 3 |

　　A Scheduling Conference was held in this case on May 28, 2009. The Plaintiff appeared in this case telephonically by his counsel, Joshua Hafner, Esq.

　　The Scheduling Conference was continued to July 30, 2009, at the hour of 8:15 a.m. by order entered May 26, 2009.

　　Plaintiff's request to amend the complaint in light of the apparent non-activity of Defendant is GRANTED.

IT IS SO ORDERED.

Dated: __May 28, 2009__　　　　　　　　　__/s/ Oliver W. Wanger__

1

UNITED STATES DISTRICT JUDGE