UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CATHERINE ANNE CAMPBELL,

                                  1:08-CV-00170 OWW GSA

                     Plaintiff,   )   **ORDER DISMISSING ACTION**

      v.

SOMA FINANCIAL, INC.,

              Defendants.

       Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

       IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:     July 22, 2010**                  **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE